IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>RONALD ISAAC ZELAYA-MURILLO,<br>   Defendant. | 2:25-cr-00118-DAD |
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>JAIRO RAUL VENTURA,<br>   Defendant. | 2:25-cr-00119-WBS |

  Pursuant to the filing of the Notice of Related Cases in case numbers 2:25-cr-00118-DAD and 2:25-cr-00119-WBS on June 3, 2025;

  Case number 2:25-cr-00119-WBS is transferred to the docket of District Judge Dale A. Drozd to effect a savings of judicial effort and judicial economy.

/////

/////

/////

/////

1

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**2:25-cr-00119-DAD**

IT IS SO ORDERED.

Dated: __June 23, 2025__

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE