ERIC GRANT
United States Attorney
Robert Abendroth
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00119-DAD |
| Plaintiff, | STIPULATION AND ORDER SETTING CHANGE OF PLEA HEARING |
| v. | |
| JAIRO RAUL VENTURA, | |
| Defendant. | |

## STIPULATION

The United States of America, by and through Assistant United States Attorney Robert Abendroth, together with Noa Oren Hansen, counsel for defendant Jairo Raul Ventura, hereby stipulate as follows:

1.      The parties have reached a plea agreement and respectfully request to set the matter for a change of plea hearing on September 15, 2025, at 9:30 a.m.

[CONTINUED ON NEXT PAGE]

1  Dated:  August 27, 2025                          ERIC GRANT
                                                    United States Attorney
2

3                                                   /s/ Robert Abendroth
                                                    _____
4                                                   Robert Abendroth
                                                    Assistant United States Attorney
5

6  Dated:  August 27, 2025                          /s/ Noa Oren
                                                    _____
7                                                   NOA OREN
                                                    Counsel for Defendant
8                                                   JAIRO RAUL VENTURA

9

10

11

12

13                              **ORDER**

14        Upon request of the parties and pursuant to counsels' stipulation, this matter is hereby set for a

15  change of plea hearing on September 15, 2025, at 9:30 a.m.

16        IT IS SO ORDERED.

17  Dated:   **September 2, 2025**            _Dale A. Drozd_
                                             _____
18                                           DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28